# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142323(54)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

JOSEPH ALEXANDER FRANKLIN,
        Defendant-Appellee.
_____

SC: 142323
COA: 292469
Wayne CC: 08-014196-FH

On order of the Chief Justice, the motion by defendant appellee for extension to July 12, 2011 of the time for filing his brief and appendix is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2011

_____
Clerk